**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LOWRY QUALITY DRYWALL, ET AL. | * * | |
| Plaintiffs | * * | |
| VS. | * * | |
| | * | NO: 4:07CV00941   SWW |
| AMERICAN EAGLE DESIGN BUILD STUDIOS LLC, ET AL. | * * * | |
| Defendants | * * * * * * | |

## ORDER

Danny G. Shaw, Gerardo R. Barrios, and Daniel S. Terrell, attorneys from Louisiana, seek to appear before the Court, *pro hac vice*, as additional counsel for Defendant Shaw Infrastructure, Inc. The motion [docket entry #22] is GRANTED. Danny G. Shaw, Gerardo R. Barrios, and Daniel S. Terrell are hereby admitted to the bar of this Court for the purpose of appearing in this case as additional counsel for Defendant Shaw Infrastructure, Inc.,

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE